UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NABIL FARAG,<br><br>            Petitioner,<br><br>      v.<br><br>STATE OF WASHINGTON,<br><br>            Respondent. | CASE NO. C12-5865 BHS<br><br>ORDER TO SHOW CAUSE AND STRIKING MOTION |

This matter comes before the Court on Petitioner Nabil Farag's ("Farag") motion for an extension of time (Dkt. 3).

On September 27, 2012, Farag filed a petition for writ of habeas corpus apparently contesting state court convictions from a case that was filed in 2006. Dkt. 1. On November 1, 2012, Farag filed a motion for extension of time requesting additional time to properly support his petition. Dkt. 3.

A petitioner must be in custody in order to challenge his detention. *See* 28 U.S.C. § 2254(a). Because custody is a statutory jurisdictional prerequisite, a district court may only consider a habeas petition if the petitioner was in custody at the time of filing of the

ORDER - 1

1 petition. *See Maleng v. Cook*, 490 U.S. 488, 490–91 (1989) (per curiam); *Bailey v. Hill*, 599 F.3d 976, 978–79 (9th Cir. 2010). As with other jurisdictional prerequisites, the court must raise the issue of custody *sua sponte*. *See Tyars v. Finner*, 709 F.2d 1274, 1279 (9th Cir. 1983) (addressing issue of custody even though respondent did not raise issue).

In this case, Farag does not appear to be in custody because his mailing address is not a state correctional institution. Therefore, Farag is ordered to **SHOW CAUSE** that he is in custody of the state. Farag must show cause, if any there is, no later than January 2, 2012. Failure to show that he is in custody will result in dismissal for lack of jurisdiction.

If Farag shows that he is in custody, the Court will consider an extension of time to properly support his petition. At this time, however, the Court finds that an extension is not necessary. Therefore, the Clerk is directed to **STRIKE** Farag's motion.

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2012.

BENJAMIN H. SETTLE
United States District Judge